IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CV-165-H-KS

ROGER SOUTHERLAND and )
GWENDOLYN DOZIER, as )
Individuals and as )
Representatives on behalf of )
all others similarly )
situated, )
                                 )
    Plaintiffs, )
                                 )
                                 )        **ORDER**
v. )
                                 )
THE HILLSHIRE BRANDS COMPANY )
and DOES 1 through 20, )
Inclusive, )
                                 )
    Defendants. )

This matter is before the court for review of the Memorandum and Recommendation ("M&R") of July 21, 2017, entered by United States Magistrate Judge Kimberly A. Swank recommending that this court enter an order sua sponte dismissing Does 1 through 20 from this action pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted or pursuant to Rule 4(m) for failure to effect service in a timely manner. The court finds the complaint in this matter contains no allegations against Does 1 through 20 and no summonses have been issued as to any such Doe defendants. Further, no objections were filed to the M&R.

Accordingly, the court adopts the recommendation of the magistrate judge as its own; and for the reasons stated therein, hereby sua sponte dismisses Does 1 through 20 from this action pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted and pursuant to Rule 4(m) for failure to effect service in a timely manner.

This 31st day of October 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2